ORIGINAL

FILED
U.S. DISTRICT COURT

2007 APR -9 PM 5:01

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JAMES PETERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 306-046 |
| | ) |
| JAMES DONALD, Commissioner, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion for summary judgment is **DENIED** without prejudice.

SO ORDERED this 9th day of April, 2007.

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE