FILED
U.S. DISTRICT COURT
07 MAY 24 PM 2:31
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JAMES PETERSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 306-046 |
| JAMES DONALD, Commissioner, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's requests for entry of default, along with the "Motion to Rebuttal to Defendant's Compliance," are **DENIED**. (Doc. nos. 31, 32, 41, 46, 47). The motion to dismiss Defendant Kelsey without prejudice is **GRANTED**. (Doc. no. 38).

The Clerk of Court is **DIRECTED** to issue a Scheduling Notice that provides for the Close of Discovery thirty (30) days from the date of this Order, with all other remaining deadlines to follow on the heels of the Close of Discovery as provided for by this Court's

standard Scheduling Notice deadlines.[1] Should the parties need additional time to comply with any of the modified deadlines, they may file an appropriate motion containing their request.

SO ORDERED this 24th day of May, 2007.

/s/ John F. Nangle
JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE

---

[1] As the other five Defendants filed their answer on October 30, 2006 (doc. no. 14), using October 30th as the date that the issue joined would result in a situation where all deadlines in the case have passed. Thus, the Court has chosen to used modified deadlines to ensure the efficient resolution to the remainder of the case.