IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

JAMES PETERSON,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　)　　CV 306-046
　　　　　　　　　　　　　　　　　)
JAMES DONALD, Commissioner, et al., )
　　　　　　　　　　　　　　　　　)
　　　　　Defendants.　　　　　　　)

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's requests for entry of default judgment are **DENIED**.

SO ORDERED this 20th day of July, 2007.

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE